# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

July 10, 2014

RE:   **Mr. Juan Carlos Garcia, Sr.**
      State Bar Number - **24045914**

To Whom it May Concern:

This is to certify that Mr. Juan Carlos Garcia, Sr. was licensed to practice law in Texas on November 05, 2004 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**