**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN THE MATTER OF SD** | § | **CIVIL ACTION: 2:14-cv-01571 "A" (2)** |
| **DRILLING, LLC. AS OWNER OF** | § | |
| **THE HERCULES 265** | § | **JUDGE: Jay C. Zainey** |
| | § | |
| | § | **MAGISTRATE: Joseph C. Wilkinson** |

### *EX PARTE* MOTION *PRO HAC VICE TO* ENROLL JOHN DANIEL JOHNSON AS VISITING CO-COUNSEL OF RECORD FOR SD DRILLING, LLC

By and through undersigned counsel, a member of good standing of the Bar of the this Court and the State of Louisiana, comes petitioner, SD Drilling, LLC, pursuant to LR 83.2.5, and respectfully requests an Order from this Honorable Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

John Daniel Johnson
Texas Bar No: 24046165
**SUTHERLAND ASBILL & BRENNAN LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: 713.470.6100
Email: Daniel.johnson@sutherland.com

Mr. Johnson is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Mr. Johnson is a member of the State Bar of Texas. A certificate of good standing from the jurisdiction where he has his primary practice and the affidavit of Mr. Johnson which confirms that there have not been any disciplinary proceedings or criminal charges instituted against him are attached.

Respectfully submitted:

DAVID S. BLAND (LA Bar #1257)
MATTHEW C. GUY (LA Bar #31182)
BRENDHAN H. THOMPSON (LA Bar #31551)
**BLAND & PARTNERS P.L.L.C.**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone:     504.528.3088
Facsimile:      504.586.3419
dbland@blandparters.com
mguy@blandpartners.com
bthompson@blandpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2014, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing, hand-delivery, and/or placing a copy of the same in the United States mail, properly addressed and with adequate postage affixed thereon.

2

24300574.1