UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF SD DRILLING, LLC. AS OWNER OF THE HERCULES 265 | § § § § § | CIVIL ACTION: 2:14-cv-01571 "A" (2) <br><br> JUDGE: Jay C. Zainey <br><br> MAGISTRATE: Joseph C. Wilkinson |

## AFFIDAVIT

STATE OF TEXAS

COUNTY OF HARRIS

I, the undersigned, hereby state under oath that I am a member in good standing of the State Bar of Texas and that no disciplinary proceedings or criminal charges have been instituted against me. This affidavit is submitted in support of the *Ex Parte* Motion to Enroll Visiting Co-Counsel for SD Drilling, LLC in the above-referenced matter.

I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and

24300227.1

abide by them in my practice before this Court.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DANIEL JOHNSON (TX Bar #24046165)

　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioners, SD Drilling, LLC*

Sworn to and subscribed before me
this 16th day of July, 2014.

_____
**NOTARY PUBLIC**

My Commission Expires: June 13, 2017



CARLA K. KELLEY
MY COMMISSION EXPIRES
June 13, 2017

2

24300227.1