UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF SD DRILLING, LLC. AS OWNER OF THE HERCULES 265 | § § § § § | CIVIL ACTION: 2:14-cv-01571 "A" (2)<br><br>JUDGE: Jay C. Zainey<br><br>MAGISTRATE: Joseph C. Wilkinson |

### ORDER

Based upon the above and foregoing Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Juan C. Garcia of the firm of Sutherland Asbill & Brennan LLP be admitted *pro hac vice* as co-counsel of record for SD Drilling, LLC in this matter.

New Orleans, Louisiana this 23rd day of July, 2014.

_____
United States District Judge